IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOCAL 705 INTERNATIONAL BROTHER-HOOD OF TEAMSTERS PENSION FUND, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> DEVON CARTAGE AND WAREHOUSE, INC., an Illinois corporation, f/k/a DEVON MOVERS, INC., <br><br> Defendant. | CIVIL ACTION <br><br> NO. 18 C 3961 <br><br> JUDGE ROBERT M. DOW, JR. |

**MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, DEVON CARTAGE AND WAREHOUSE, INC., an Illinois corporation, f/k/a DEVON MOVERS, INC., in the total amount of $21,470.62, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,442.25.

On June 21, 2018, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Don Wilson) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on July 12, 2018. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Cecilia M. Scanlon

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 26th day of July 2018:

      Mr. William K. O'Leary, Registered Agent/President
      Devon Cartage and Warehouse, Inc.
      1017 W. 48th Street
      Chicago, IL   60609-4305

      /s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone:  (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\705j\Devon Cartage\motion for default judgment.cms.df.wpd