IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOCAL 705 INTERNATIONAL BROTHER-HOOD OF TEAMSTERS PENSION FUND, *et al.*, )<br>)<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>DEVON CARTAGE AND WAREHOUSE, INC., )<br>an Illinois corporation, f/k/a DEVON MOVERS, )<br>INC., )<br>)<br>Defendant. ) | CIVIL ACTION<br><br>NO. 18 C 3961<br><br>JUDGE ROBERT M. DOW, JR. |

## **JUDGMENT ORDER**

This matter coming on to be heard upon the Motion of Plaintiffs, by their counsel, it appearing to the Court that the Defendant, DEVON CARTAGE AND WAREHOUSE, INC., an Illinois corporation, f/k/a DEVON MOVERS, INC., having been regularly served with process and having failed to appear, plead or otherwise defend, and default of said Defendant having been taken, the Court, first being fully advised in the premises and upon further evidence submitted herewith, FINDS:

1. It has jurisdiction of the subject matter herein and of the parties hereto.

2. The Defendant is bound by the terms of the collective bargaining agreement referred to in Plaintiffs' Complaint.

3. The Defendant is obligated to report and pay contributions to each of the Plaintiff Funds on behalf of its bargaining unit employees in accordance with the collective bargaining agreement.

4. The Defendant is bound by all the terms and conditions set forth in the Agreements and Declarations of Trust governing the Plaintiff Funds.

5. Defendant has submitted monthly contribution reports to the Plaintiffs identifying employees of the Defendant who performed work covered by the collective bargaining agreement, and the number of hours worked by or paid to those employees for the months of April 2018 through June 2018. Said monthly contribution reports establish that Defendant owes the Plaintiffs the amounts set forth below:

|  | Contributions | Liquidated Damages | Interest |
|---|---|---|---|
| Welfare Fund | $4,784.00 | $478.40 | $83.89 |
| Pension Fund | $6,149.00 | $614.90 | $107.81 |

6. Under the Funds' respective Trust Agreements, late or unpaid contributions are assessed interest at the rate of 8% per year, plus liquidated damages at the rate established by the Trustees, which is a flat 10% of the amount of the late or unpaid contributions. This 10% liquidated damage rate was established by the Trustees by resolution duly adopted at a Board of Trustees meeting on December 2, 2005. For the periods June 2006, June 2007, January 2008, July 2016, September 2016 through May 2017 and July 2017 through March 2018, Defendant owes $9,252.62 for interest and liquidated damages.

7. Plaintiffs are entitled to audit the payroll books and records of Defendant to verify the accuracy of the monthly reports referred to herein and to determine what additional amounts may be due and owing to Plaintiffs.

8. Defendant has failed to timely pay all contributions required to be made to the Plaintiff Funds. Accordingly, as provided in the Agreements and Declarations of Trust

governing the respective Funds, 29 U.S.C. §1132(g)(2) and 28 U.S.C. §1961, Plaintiffs are entitled to recover:

    (a)     liquidated damages and interest on all contributions paid late or remaining unpaid;

    (b)     the cost of auditing the payroll books and records of Defendant;

    (c)     the costs and expenses of the Trustees, including their reasonable attorneys' fees;

    (d)     post-judgment interest; and

    (e)     costs and attorneys' fees incurred in executing on, or otherwise collecting, this judgment.

9.     Plaintiffs have incurred costs totaling $400.00 and reasonable attorneys' fees totaling $1,042.25.

10.     There is no just cause for delay in the entry of a Judgment Order as to the sum of $22,912.87 owed to the Plaintiffs from Defendant.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

A.     That Plaintiffs recover from the Defendant, DEVON CARTAGE AND WAREHOUSE, INC., an Illinois corporation, f/k/a DEVON MOVERS, INC., the sum of $10,933.00 for contributions and $10,537.62 for liquidated damages interest, for a total sum of $21,470.62.

B.     That Plaintiffs recover from the Defendant, DEVON CARTAGE AND WAREHOUSE, INC., an Illinois corporation, f/k/a DEVON MOVERS, INC., the sum of $400.00 for their costs and $1,042.25 as and for Plaintiffs' just and reasonable attorneys' fees.

  C. That Plaintiffs recover from the Defendant, DEVON CARTAGE AND WAREHOUSE, INC., an Illinois corporation, f/k/a DEVON MOVERS, INC., the total sum of **$22,912.87**, plus post-judgment interest on said amount at the rate required by 28 U.S.C. §1961.

  D. That Plaintiffs are awarded their costs and attorneys' fees to execute on, or otherwise collect this judgment.

    ENTER:

    _____
    UNITED STATES DISTRICT JUDGE

DATED: August 7, 2018

Cecilia M. Scanlon
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL   60606-5231
Bar No.: 6288574
Telephone:   (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\705j\Devon Cartage\judgment order.cms.df.wpd

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that (s)he caused a copy of the foregoing document (Judgment Order) to be served upon:

> Mr. William K. O'Leary, Registered Agent/President
> Devon Cartage and Warehouse, Inc.
> 1017 W. 48th Street
> Chicago, IL   60609-4305

by U.S. Mail on or before the hour of 5:00 p.m. this <u>26th</u> day of <u>July 2018</u>.

/s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL   60606-5231
Bar No.: 6288574
Telephone:  (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\705j\Devon Cartage\judgment order.cms.df.wpd